ROGER L. GRANDGENETT II, ESQ., Bar # 6323
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811
Email: rgrandgenett@littler.com
Email: edthomas@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARLENA DOUGLASS,<br><br>             Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., and DOES I-X,<br><br>             Defendant. | Case No. 3:16-CV-00563-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, DARLENA DOUGLASS and Defendant, WAL-MART STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

2  Dated: January 9th, 2017              Dated: January 31, 2017

3  Respectfully submitted,               Respectfully submitted,

_____               _____
MARK MAUSERT, ESQ.                      ROGER L. GRANDGENETT II, ESQ.
                                        ETHAN D. THOMAS, ESQ.
                                        LITTLER MENDELSON, P.C.
Attorney for Plaintiff
DARLENA DOUGLASS                        Attorneys for Defendant
                                        WAL-MART STORES, INC.

## ORDER

**IT IS SO ORDERED.**

DATED: This 1st day of February, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:144829024.1 080000.1196

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800